No. 2253. MARTIN *v.* ADAMS, April Term, 1888.

1. In a chancery case, findings of fact by the Circuit Judge, from testimony taken and reported by the master, approved, the same being sufficiently supported.

2. In action by a creditor to set aside a judgment confessed by Adams to his daughter, Adams died before trial, and the action proceeded against the daughter alone. At the hearing,

testimony of statements made by Adams impeaching this judgment, were properly excluded.

3. The action was also to set aside a sale of land to S under this judgment. *Held*, that S could testify as to communications had by him with Adams, deceased, he occupying towards Adams none of the prohibited relations. *Code*, § 400. But communications of Adams with plaintiff could not be proved by plaintiff.

Judgment of Norton, J., affirmed. OPINION by MR. CHIEF JUSTICE SIMPSON, June 21, 1888. *Graydon & Graydon*, for appellant. *Benet & Cason*, contra.